FILED
 2020 Aug-26  PM 02:44
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

PFE/JAB: SEPT 2020
GJ# 21

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| **DEVONTAY JERROD HUTT,** | ) |
|     Defendant. | ) |

## <u>INDICTMENT</u>

**<u>COUNT ONE</u>:  [18 U.S.C. § 922(g)(1)]**

The Grand Jury charges that:

On or about the 31st day of December, 2019, in Tuscaloosa County, within the Northern District of Alabama, the Defendant,

**DEVONTAY JERROD HUTT,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a **Glock 9 millimeter pistol,** and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).  **HUTT** was convicted on September 29, 2015, of the offense of Robbery, Second Degree, in the Circuit Court of Tuscaloosa County, Alabama, in case number CC-2014-0628, said offense being a crime punishable by imprisonment for a term exceeding one year.

**COUNT TWO:  [18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 31st day of December, 2019, in Tuscaloosa County, within the Northern District of Alabama, the Defendant,

**DEVONTAY JERROD HUTT,**

did knowingly possess a machinegun, that is, a **Glock 9 millimeter machinegun**, that is a firearm designed and manufactured to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

**COUNT THREE:  [26 U.S.C. § 5861(d)]**

The Grand Jury charges that:

On or about the 31st day of December, 2019, in Tuscaloosa County, within the Northern District of Alabama, the Defendant,

**DEVONTAY JERROD HUTT,**

did knowingly receive or possess a firearm, that is, a **Glock 9 millimeter machinegun,** that is a firearm designed and manufactured to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, and that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

## NOTICE OF FORFEITURE
## 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1.  The allegations contained in Counts One, Two, and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  Upon conviction of the offenses charged in Counts One, Two, and/or Three of this Indictment for violation of 18 U.S.C. § 922(g)(1), 18 U.S.C. § 922(o), and 26 U.S.C. § 5861(d), the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a **Glock 9 millimeter machinegun, bearing serial number BHFX851, and any associated magazines and ammunition.**

A TRUE BILL

*/s/electronic signature*
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/electronic signature*
ALAN BATY
Assistant United States Attorney