FILED
2024 Jun-11 PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | } |
| | } |
| **v.** | }   Case No.: 7:20-cr-268-ACA-SGC |
| | } |
| **DEVONTAY JERROD HUTT,** | } |
| | } |
| **Defendant.** | } |

## ORDER

Defendant Devontay Jerrod Hutt, through counsel, moves under 18 U.S.C. § 3582(c)(2) for a sentence reduction based on Amendment 821 to the United States Sentencing Guidelines. (Doc. 34). The parties agree that Mr. Hutt is eligible for a sentence reduction. (*See id.*; doc. 37 at 2–4). But the government opposes a sentence reduction based on the 18 U.S.C. § 3553(c) factors because Mr. Hutt has had one disciplinary infraction for possessing a contraband cell phone and accused the corrections officer who seized it from him of manufacturing the charge. (Doc. 37 at 4–6); *see* 18 U.S.C. § 3582(c)(2) (giving the court discretion to reduce a defendant's sentence if the defendant was sentenced based on a sentencing range that the Sentencing Commission later lowered, the reduction is consistent with applicable policy statements issued by the Sentencing Commission, and the § 3553(a) factors warrant a reduction).

After reviewing the arguments and evidence in this case (docs. 34, 37, 38), along with Mr. Hutt's presentence investigation report (doc. 27), the court concludes that the § 3553(a) factors warrant a reduction. The court therefore **GRANTS** Mr. Hutt's motion and **REDUCES** his sentence to sixty-five months' imprisonment. All other provisions of the amended judgment remain in effect. (*See* doc. 28).

**DONE** and **ORDERED** this June 11, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE